O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALOLOGIE FRANCHISING LLC, a limited liability company,<br><br>         Plaintiff,<br><br>    v.<br><br>KALOLOGIE SKINCARE MEDICAL GROUP OF CALIFORNIA, a general partnership; DAVID D. HOPP, M.D., an individual; DAVID D. HOPP, M.D., A PROFESSIONAL CORPORATION, a corporation,<br><br>         Defendants. | Case No. CV 14-00016 DDP (VBKx)<br><br>**ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR ISSUANCE OF TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**<br><br>[DKT No. 13.] |

Based on the First Amended Complaint on file herein; the *ex parte* application by Plaintiffs Kalologie Franchising LLC and Kalologie LLC ("Plaintiffs") for Issuance of Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction (the "Application"); and all materials submitted therewith,

1. THE COURT finds that Plaintiffs have demonstrated they are likely to succeed on the merits on their first, second and third claims for relief and that they are likely to suffer irreparable harm absent injunctive relief. Likewise, the balance of equities

1  tips in Plaintiffs' favor, and an injunction is in the public
2  interest. Plaintiffs' Application is therefore GRANTED.
3      2. Pursuant to Fed. R. Civ. P. 65(b) and Local Rule 65-1, as
4  well as 15 U.S.C. §§ 1114, 1116, and 1125(a), and applicable
5  California and common law, DEFENDANTS KALOLOGIE SKINCARE MEDICAL
6  GROUP OF CALIFORNIA, DAVID D. HOPP, M.D., and DAVID D. HOPP, M.D.,
7  A PROFESSIONAL CORPORATION ARE HEREBY ORDERED TO SHOW CAUSE <u>at 1:30
8  p.m., on Monday, January 27, 2014, before the Honorable Beverly
9  Reid O'Connell, in Courtroom 14 of the above-entitled Court,
10 located at 312 North Spring Street, Los Angeles, California 90012</u>,
11 why they and all persons acting under the direction, control,
12 permission, or authority of them, and all persons acting in concert
13 therewith, should not be enjoined during the pendency of this
14 action from displaying, marketing, distributing, advertising,
15 transferring or selling any product or service bearing the
16 KALOLOGIE® mark, or any other mark substantially indistinguishable
17 from Plaintiffs' KALOLOGIE® trademark, at or in connection with the
18 spa business located at 317 S. Robertson Blvd., Los Angeles,
19 California 90048; or from using the word "Kalologie" in any manner
20 whatsoever in connection with such business activities; or from
21 copying any portion of any advertisement disseminated by a
22 Kalologie franchisee for use in such business activities. Said
23 Defendants ALSO SHALL SHOW CAUSE why, pursuant to 15 U.S.C. § 1116,
24 they should not be ordered to file with the Court and serve on
25 Plaintiffs within thirty days after service of this Order, a report
26 in writing under oath setting forth in detail the manner and form
27 in which they have complied with the injunction.
28

2

1        3. PENDING HEARING on the above Order to Show Cause,
2   DEFENDANTS KALOLOGIE SKINCARE MEDICAL GROUP OF CALIFORNIA, DAVID D.
3   HOPP, M.D., and DAVID D. HOPP, M.D., A PROFESSIONAL CORPORATION,
4   and all persons acting under the direction, control, permission, or
5   authority of them, and all persons acting in concert therewith, ARE
6   HEREBY RESTRAINED AND ENJOINED from displaying, marketing,
7   distributing, advertising, transferring or selling any product or
8   service bearing the KALOLOGIE® mark, or any other mark
9   substantially indistinguishable from Plaintiffs' KALOLOGIE®
10  trademark, at or in connection with the spa business located at 317
11  S. Robertson Blvd., Los Angeles, California 90048; or from using
12  the word "Kalologie" in any manner whatsoever in connection with
13  such business activities; or from copying any portion of any
14  advertisement disseminated by a Kalologie franchisee for use in
15  such business activities. THIS TEMPORARY RESTRAINING ORDER IS
16  EFFECTIVE IMMEDIATELY.
17       4. Counsel for Plaintiffs shall promptly serve this Order on
18  Defendants and/or their counsel. Pursuant to Fed. R. Civ. P. 65(d),
19  this order shall be binding upon Defendants and all of their
20  agents, servants, employees and attorneys, and upon those persons
21  in active concert or participation with each of them who receive
22  actual notice of this order by personal service or otherwise.
23       5. The following briefing schedule shall apply: Any response
24  to the Order to Show Cause shall be electronically filed no later
25  than Monday, January 20, 2014. Any reply shall be electronically
26  filed no later than Tuesday, January 21, 2014.
27       6. IT IS FURTHER ORDERED that Defendants will suffer no
28  legally cognizable form of damages upon issuance of this injunction

3

1  and, in any event, Defendants contractually waived any right to a
2  bond. Accordingly, the Court finds that Plaintiffs need not post a
3  bond.

5  IT IS SO ORDERED.

7  Dated: January 10, 2014

                                        DEAN D. PREGERSON
                                        United States District Judge