JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KALOLOGIE FRANCHISING LLC, a limited liability company; and KALOLOGIE LLC, a limited liability company;<br><br>Plaintiffs,<br><br>vs.<br><br>KALOLOGIE SKINCARE MEDICAL GROUP OF CALIFORNIA, a general partnership; DAVID D. HOPP, M.D., an individual; DAVID D. HOPP, M.D., A PROFESSIONAL CORPORATION, a corporation; and DOES 1-10,<br><br>Defendants. | Case No. 2:14-cv-16 DDP (VBKx)<br><br>**STIPULATED JUDGMENT AND PERMANENT INJUNCTION** |

STIPULATED JUDGMENT AND PERMANENT INJUNCTION

Upon stipulation of the parties in this action, the Court hereby ENTERS JUDGMENT AS FOLLOWS:

1.  Judgment is entered in favor of plaintiffs Kalologie LLC and Kalologie Franchising, LLC, and against defendants Dr. David D. Hopp, M.D. and Kalologie Skincare Medical Group of California, in the amount of $78,257.02.

2.  Plaintiffs agree to stay execution of the monetary judgment recited in paragraph 1 provided that the monetary judgment is satisfied on the following payment schedule: Nine Thousand Seven Hundred and Eighty Two Dollars and Twelve Cents ($9,782.12) on or before each of May 1, 2014, June 1, 2014, July 1, 2014, August 1, 2014, September 1, 2014, October 1, 2014 and November 1, 2014; and Nine Thousand Seven Hundred and Eighty Two Dollars and Eighteen Cents ($9,782.18) on or before December 1, 2014 (collectively, the "Settlement Installment Payment(s)"). Each Settlement Installment Payment shall be made to "Kalologie LLC" and may be made by check or wire delivered to Kalologie LLC's bank account (which has been provided to the Defendants under separate cover). Dr. David D. Hopp, M.D. and Kalologie Skincare Medical Group of California shall be responsible for ensuring Kalologie LLC's actual receipt of immediately available funds for each of the foregoing Settlement Installment Payments on or before the date it is due. If Kalologie LLC fails to timely receive any Settlement Installment Payment on or before the date it is due, the remaining balance of the Settlement Installment Payments shall immediately accelerate, the stay of execution contemplated by this paragraph 2 will immediately expire, and Plaintiffs shall be entitled to their attorney's fees and costs incurred to enforce this Stipulated Judgment.

3.  Furthermore, defendants Dr. David D. Hopp, M.D. and Kalologie Skincare Medical Group of California, and all persons acting under the direction, control, permission, or authority of them, and all persons acting in concert therewith, ARE HEREBY PERMANENTLY RESTRAINED AND ENJOINED FROM:

      a.    Displaying, marketing, distributing, advertising, transferring or selling any product or service bearing the KALOLOGIE mark, or any other mark substantially indistinguishable from Plaintiffs' KALOLOGIE trademark, at or in connection with the spa business located at 317 S. Robertson Blvd., Los Angeles, California 90048.

      b.    Using the word "Kalologie" in any manner whatsoever in connection with such business activities; or from copying any portion of any advertisement disseminated by a Kalologie franchisee for use in such business activities.

      c.    Further interfering with ownership of the telephone number 310-276-9670, which is owned by Plaintiff Kalologie LLC.

4.    Defendant Dr. David D. Hopp, M.D., A Professional Corporation, is hereby dismissed without prejudice.

5.    Other than as provided herein and in the parties' concurrently executed Settlement Agreement, all parties shall bear their own attorney's fees and costs incurred in this action.

6.    The Court shall retain jurisdiction over this Stipulated Judgment and Permanent Injunction in order to enforce its terms, and the terms set forth in the parties' concurrently executed Settlement Agreement.

DATED: April 17, 2014

_____
UNITED STATES DISTRICT JUDGE

-2-
STIPULATED JUDGMENT AND PERMANENT INJUNCTION